No. 87–15.  BROWN ET AL. v. BAILEY ET AL.  Appeal from Ct. Civ. App. Ala. dismissed for want of substantial federal ques-

tion. JUSTICE WHITE would dismiss the appeal for want of jurisdiction.